IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03264-AP

JAPETH PAULEK,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> Joseph A. Whitcomb, Esq
> Rocky Mountain Disability Law Group
> 1391 Speer Blvd., Suite 705
> Denver, CO  80204
> 303-534-1954
> 303-534-1949 (facsimile)
> Joe@rmdlg.com
>
> For Defendant:
> John F. Walsh
> United States Attorney
>
> J. Benedict García
> Assistant United States Attorney
> United States Attorney's Office
> J.B.Garcia@usdoj.gov
>
> Allan D. Berger
> Special Assistant United States Attorney
> Social Security Administration, Region VIII
> Office of the General Counsel
> 1961 Stout Street, Suite 4169
> Denver, CO  80294
> 303-844-2149
> 303-844-0770 (facsimile)
> Allan.berger@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    **A.      Date Complaint Was Filed:  December 3, 2013**

    **B.      Date Complaint Was Served on U.S. Attorney's Office: December 20, 2013**

    **C.      Date Answer and Administrative Record Were Filed: March 19, 2014**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

    **A.      Plaintiff's Opening Brief Due:  May 27, 2014**

    **B.      Defendant's Response Brief Due:  June 27, 2014**

    **C.      Plaintiff's Reply Brief (If Any) Due: July 9, 2014**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.     Plaintiff's Statement: Plaintiff does not request oral argument.

    B.     Defendant's Statement: Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     ( X )     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>8th</u> day of April, 2013.

                                                                    BY THE COURT:

                                                                    ***s/John L. Kane***
                                                                    U.S. DISTRICT COURT JUDGE

|  |  |
|---|---|
| APPROVED: | UNITED STATES ATTORNEY |
|  | John F. Walsh<br>United States Attorney |
| s/ Joseph A. Whitcomb<br>402 W. 12th Street<br>Rocky Mountain Disability Law Group<br>1391 Speer Blvd., Suite 705<br>Denver, CO  80204<br>303-534-1954<br>303-534-1949 (facsimile)<br>Joe@rmdlg.com<br>Attorney for Plaintiff | By: s/Allan D. Berger<br>Special Assistant U.S. Attorney<br>Social Security Administration, Region VIII<br>Office of the General Counsel<br>1961 Stout Street, Suite 4169<br>Denver, CO  80294<br>303-844-2149<br>303-844-0770 (facsimile)<br>Allan.berger@ssa.gov<br>Attorneys for Defendant |